**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

THOMAS KELLEH AND ELLEN WOODS, : No. 211 EAL 2014
:
Petitioners :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
RAYMOND LEWTHY, :
:
Respondent :

# ORDER

**PER CURIAM**

**AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.